IN THE CIRCUIT COURT OF ALCORN COUNTY, MISSISSIPPI

CLOVIS DANIEL MORTON                                                     PLAINTIFF

VS.                                                     CAUSE NO. CV2021-235 KMA

WAL-MART STORES, INC.                                                    DEFENDANT

## *COMPLAINT*

COMES NOW the Plaintiff, Clovis Daniel Morton, by and through his attorney of record, Gregory D. Keenum, P.A., and files this his Complaint against the Defendant, Wal-Mart Stores, Inc. #105 and hereby demands a jury trial in this action and, in support thereof, would respectfully show unto the following, to-wit:

I.

That the Plaintiff is an adult resident citizen of Alcorn County, Mississippi, whose address is 801 West Second Street, Corinth, MS, 38834.

That the Defendant, Wal-Mart Stores, Inc., is a corporation licensed to do business in the State of Mississippi, being store number 105 with its business location of 2301 South Harper Road, Corinth, Alcorn, Mississippi. The registered agent for service of process is C. T. Corporation, 645 Lakeland East Drive, Suite 101, Flowood, Mississippi 39232.

II.

That the Plaintiff, Clovis Daniel Morton, was seriously injured when an employee who was collecting buggies did not see the Plaintiff and pushed him down with the buggies in the parking lot of Wal-Mart Stores, Inc. number 105 on the 7th day of September, 2020. The Plaintiff would further show unto this Honorable Court that at all times relevant herein, the Defendant, Wal-Mart Stores,

EXHIBIT A

ALCORN COUNTY
FILED
SEP 14 2021
CRYSTAL STARLING, CIRCUIT CLERK
BY _____ D.C.

Inc., was doing business at Wal-Mart Stores, Inc. number 105 and was in the sole and exclusive possession custody and control of the properties compromising Wal-Mart Stores, Inc. number 105 located and situated in the city of Corinth, Alcorn County, Mississippi.

III.

That the Plaintiff, CLOVIS DANIEL MORTON, was on the premises of said Defendant's as described herein above as an invitee for the purpose of purchasing merchandise. On said occasion, said Plaintiff was leaving the store when an employee collecting buggies in the parking lot did not see the Plaintiff and ran him over with the load of buggies, causing him to injure the right shoulder, right hip, right ankle and foot, and right rib area.

IV.

That as a direct and proximate result of the Defendant's negligence, the Plaintiff, CLOVIS DANIEL MORTON, was caused to fall down, thereby sustaining severe injuries to his right shoulder, right hip, right ankle and foot, and right rib area, incurring substantial medical bills.

V.

That the Plaintiff was a business invitee of the Defendant; that he went onto said premises of said Defendant referred to hereinabove in answer to the express or implied invitation of the Defendant and for their mutual advantage. Plaintiff would further show unto this Honorable Court that an owner or occupier of properties who directly or impliedly invites others to enter onto said premises for some purpose of interest or advantage to her, owes to such a person a duty to not expose said invitees to an unreasonable risk of danger or lead said invitees into a dangerous trap. Plaintiff would show that the said Defendant knew, or by the exercise of reasonable care and diligence should have known, that unless the aforesaid area was kept safe from any work items such as described hereinabove that it would be creating an extremely dangerous and hazardous condition for Plaintiff

with the result that he would probably be injured. Notwithstanding the foreseeability of such injuries, the Defendant negligently and carelessly failed to exercise ordinary care to keep their premises, particularly, the parking lot, in a reasonable safe condition for its intended use. Further, the Defendant should have properly supervised its employees and avoided an employee pushing the Plaintiff down.

VI.

That the Plaintiff would further show unto this Honorable Court that the Defendant invited and lead your said Plaintiff into a dangerous trap and exposed him to an unreasonable risk of harm.

VII.

Plaintiff would further show unto this Honorable Court that as a direct, immediate and proximate result of the acts of negligence on the part of the Defendant, the Plaintiff, CLOVIS DANIEL MORTON, sustained injuries to his right shoulder, right hip, right ankle and foot, and right rib area. Plaintiff would also show that he has been treated by one or more physicians and physical therapy for the injuries and problems resulting therefrom, that he has incurred medical care from various physicians as a result thereof, and that he continues to suffer pain and physical difficulty on account of the injuries sustained by his accident of September 7, 2020.

VIII.

That as a direct, immediate and proximate result of the acts of negligence on the part of the Defendant herein, Plaintiff, CLOVIS DANIEL MORTON, sustained a permanent loss, that he still suffers physical pain and mental anguish as a result of said injuries. Furthermore, prior to the injuries sustained by him, Plaintiff, CLOVIS DANIEL MORTON, is retired and had summer vacation trips and that as a direct, immediate and proximate result of the aforesaid acts of negligence

on the part of the Defendant herein, named Plaintiff may never again enjoy the normal health through the negligence of the aforesaid Defendant.

WHEREFORE, PREMISES CONSIDERED, Plaintiff brings this his suit and demands judgment of and from the Defendant in an amount to be determined by the Court at or above Two Hundred Thousand ($200,000.00) Dollars together with interest at the lawful rate and court costs incurred herein.

Respectfully submitted,

GREGORY D. KEENUM
MS BAR NO. 9542
ATTORNEY FOR THE PLAINTIFF

GREGORY D. KEENUM, P.A.
ATTORNEYS AT LAW
219 WEST COLLEGE STREET
BOONEVILLE, MS 38829
TELEPHONE: (662)728-1140
FACSIMILE:  (662) 728-1340

STATE OF MISSISSIPPI
COUNTY OF Prentiss

PERSONALLY APPEARED before me, the undersigned authority in and for the aforesaid State and County, the within named CLOVIS DANIEL MORTON, who, being by me first duly sworn states on oath that the averments contained in the above and foregoing Complaint are true and correct as therein stated.

_____
CLOVIS DANIEL MORTON

SWORN TO AND SUBSCRIBED before me this the 2nd day of September 2021.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES:
{ _____ }

[Notary Seal: STATE OF MISSISSIPPI, KELSEY BROOKE HALL, NOTARY PUBLIC, ID No. 92850, Commission Expires March 1, 2022, PRENTISS COUNTY]