# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CLOVIS DANIEL MORTON**                                                             **PLAINTIFF**

**VS.**                        **CIVIL ACTION NO.: 1:21-cv-00166-GHD-DAS**

**WAL-MART STORES, INC., ET AL.**                                     **DEFENDANTS**

## JOINT MOTION TO DISMISS

COME NOW, the Plaintiff and Defendant WAL-MART STORES, INC. by and through counsel and file this Joint and Unopposed Motion to Dismiss, and as grounds would set forth the following:

1. The parties have reached an amicable resolution, have conferred, and agree that this Cause should be dismissed with prejudice. This Motion is unopposed and is filed as a joint motion.

2. A proposed agreed order will be submitted to the Court.

**WHEREFORE, PREMISES CONSIDERED,** the parties respectfully request this Court enter an order dismissing this matter in its entirety with prejudice.

Respectfully submitted this the 11th day of July, 2022.

*/s/  Jennifer M. Studebaker*
JENNIFER M. STUDEBAKER (MSB #10433)
VERNON M. MCFARLAND (MSB #103665)
SIMINE BAZYARI REED (MSB #101259)
**FORMAN WATKINS & KRUTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201
Telephone:  (601) 960-8600
Facsimile:  (601) 960-8613
Jennifer.Studebaker@formanwatkins.com
Vernon.Mcfarland@formanwatkins.com
Simine.Reed@formanwatkins.com

**ATTORNEYS FOR WALMART STORES, INC.**

Agreed to and Approved by:

*/s/ Gregory D. Keenum*
Gregory D. Keenum
**GREGORY D. KEENUM, P.A.**
219 West College Street
Boonville, MS 38829

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, on behalf of Defendant WALMART STORES, INC. do hereby certify that I caused the attached document to be filed via the Court's ECF filing system, and service of same will be made to all counsel of record via the Court's ECF filing system.

THIS, the 11th day of July, 2022.

                                            */s/ Jennifer M. Studebaker*
                                            JENNIFER M. STUDEBAKER