# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**CLOVIS DANIEL MORTON**     **PLAINTIFF**

**VS.**     **CIVIL ACTION NO.: 1:21-cv-00166-GHD-DAS**

**WAL-MART STORES, INC., ET AL.**     **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER,** having come before this Honorable Court on Defendant Wal-Mart Stores, Inc.'s Joint Motion to Dismiss, and the Court, being advised that Plaintiff has agreed to same, is of the opinion that the Joint Motion to Dismiss is well taken and should be and is hereby granted.

IT IS THEREFORE, ORDERED AND ADJUDGED that the parties' Joint Motion to Dismiss [18] is hereby GRANTED and, accordingly, all claims made by Plaintiff against any Walmart entity are hereby dismissed with prejudice and that this matter is closed.

SO ORDERED, this the _12_ of July, 2022.

_____
SENIOR U.S. DISTRICT JUDGE

Agreed to and Approved by:

*//s// Gregory D. Keenum*
Gregory D. Keenum
**GREGORY D. KEENUM, P.A.**
219 West College Street
Boonville, MS 38829

**ATTORNEY FOR PLAINTIFF**


*//s// Jennifer M. Studebaker*
JENNIFER M. STUDEBAKER (MSB #10433)
VERNON M. MCFARLAND (MSB #103665)
SIMINE BAZYARI REED (MSB #101259)
**FORMAN WATKINS & KRUTZ LLP**
210 East Capitol Street, Suite 2200
Jackson, Mississippi 39201
Telephone: (601) 960-8600
Facsimile: (601) 960-8613
Jennifer.Studebaker@formanwatkins.com
Vernon.Mcfarland@formanwatkins.com
Simine.Reed@formanwatkins.com

**ATTORNEYS FOR WALMART STORES, INC.**